PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED
MAR - 3 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

__Paul Ayala   584543__
Plaintiff's Name and ID Number

__Bexar County Adult Detention Center__
__200 N Comal, San Antonio Tx 78207__
Place of Confinement

CASE NO. __SA25CA0240 OG__
(Clerk will assign the number)

v. (FNU) San Antonio Police Officer (Black Male) Shooter 1
__515 South Frio, San Antonio, TX 78207__
Defendant's Name and Address

(FNU) San Antonio Police Officer #2 (Black Male) Shooter 2
__515 South Frio, San Antonio, TX 78207__
Defendant's Name and Address

(FNU) Shift Commander San Antonio Police Office (Male) Shooter 3
__515 South Frio, San Antonio, TX 78207__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Paul Ayala #584543
200 N Comal, San Antonio, TX 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: (FNU) San Antonio Police Officer (Driver Pickup Truck) Shooter 1 Plain Clothes, (Male Black) 515 South Frio, San Antonio, TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Shot Plaintiff, Right Arm, Head excessively 8 wounds (Bullet holes)

Defendant #2: (FNU) San Antonio Police Officer (Passenger Pickup) Black Male Shooter 2 Plain Clothes, 515 South Frio, San Antonio, TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Shot Plaintiff with shotgun without cause in Right Side (Torso)

Defendant #3: (FNU) San Antonio Police Officer (Male) Shooter 3 Front Side Plaintiff Vehicle 515 South Frio, San Antonio TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Per Incident report Fired weapon at Plaintiff (Shot to Head Trauma)

Defendant #4: (FNU) Hispanic (Male) SAPD. Shooter 4 Plain Clothes 515 South Frio, San Antonio, TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Shot Thru Front Window of Plaintiff Vehicle Wounded Plaintiff

Defendant #5: (FNU) Shift Commander San Antonio Police Department Car Marked, Uniform 515 South Frio, San Antonio TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Didn't Follow Procedure allowed Agg Assault Deadly Weapon

3

V. **STATEMENT OF CLAIM:** See Attached #A

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Thru Two Black San Antonio Police Officers in an Unmarked Pickup Truck, excessively Tried to ram and Run my Vehicle of the road without Identifying Theresolve's, at 1:30 pm on March 14, 2023, When Truck rammed my Car at Southcross Ranch and Firestarter Trail, Both officers at my Passenger Side of my Vehicle Held guns on Myself and my Female Passenger For 20 mins, When 5 Vehicles including 1 Marked San Antonio Police Cruiser Had me Surrounded, I called my wife and 2 friends called my phone, I decided to Smoke a cigarette and when I Lit the cigarette, Then

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Relieve officers without Pay, Place Medical Bills and lifeTime Medical in Place for Plaintiff Compensate Plaintiff For life Threating Injuries in Approx Amount of 4.3 Million US Dollars

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Paul Michael Ayala

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
1219760 TDCJ   Sid# 584547
2164913 TDCJ

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?                                    ___YES ___NO

4

V. Statement of Claim

Both SAPD Officers in Pickup (Black males) opened Fire and started a chain Reaction Defendant #1 Black SAPD Officer Male (FNU) and Defendant #2 Black male (FNU) San Antonio Police Officer, Both Fired Their Weapons at Plaintiff on right side Passengers side of Plaintiffs Vehicle Striking Plaintiff Numerous Times, needlessly, Defendants #3 #4 and #5 All Fired Their Weapons Directly Thru Front Windshield of Plaintiffs Car, excessively wounding Plaintiff, 1 shot To Left Hand, 5 shots To right Forearm, and 1 shot To Forehead, 1 shot To my Rib Cage, All causing life Threatning Diliberate Indifference, excessive force and Abuse of Service of Public officer I believe was a direct attempt To Take my life and is in Violation of Department Policy and my Civil Rights as a citizen of The United States..

Paul Ayala 9/28/2023

4 continued                     Attachment (#A)

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  __X__NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 9/28/2023                                   Paul Alala
           DATE                                      _____
                                                     (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __28th__ day of __SEPTEMBER__, 20__23__.
             (Day)              (month)              (year)

                                          Paul Alala
                                      _____
                                      (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.