**FILED**
May 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PAUL AYALA, #52955511, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-25-CV-00240-OLG |
| | § | |
| SAN ANTONIO POLICE OFFICER (Black Male), Shooter 1; SAN ANTONIO POLICE OFFICER (Black Male), Shooter 2; SAN ANTONIO POLICE OFFICER (Male), Shooter 3; SAN ANTONIO POLICE OFFICER (Hispanic Male), Shooter 4; SHIFT COMMANDER, San Antonio Police Department, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Paul Ayala's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Paul Ayala's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's March 14, 2025 Order. *See* FED. R. CIV. P. 41(b)

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is **SO ORDERED**.

SIGNED this 8'15 of May, 2025.

_____
ORLANDO L. GARCIA
United States District Judge